**NEW YORK & NEW JERSEY TRANSPORTATION COMPANY and Another, Libelants Appellees, v. James C. DAVIS, as Director General, etc., Respondent Appellant.**

(Circuit Court of Appeals, Second Circuit. June 1, 1926.)

No. 341.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from final decree in admiralty, entered in the District Court for the Southern District of New York.

Bigham, Englar & Jones, of New York City (T. Catesby Jones and James W. Ryan, both of New York City, of counsel), for appellant.

Macklin, Brown & Van Wyck, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellees.

Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Decree (13 F.[2d] 481) affirmed, with costs.